**Order entered May 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00189-CR

**THOMAS ANDERSON GIROUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069348**

## ORDER

Before the Court is appellant's May 6, 2019 first motion for extension of time to file his brief. We **GRANT** the motion to the extent appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    CORY L. CARLYLE
           JUSTICE